In the Matter of the Claim of IRVING SMITH against KOSTERS BAKERY, INC., et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

(Argued September 30, 1936; decided October 20, 1936.)

*John J. Bennett, Jr., Attorney-General* (*Hector A. Robichon* of counsel), for appellant.

*Jeremiah F. Connor* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.